# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARON LEE LARRIMORE,<br><br>        Petitioner,<br><br>        v.<br><br>FRANK X. CHAVEZ, WARDEN,<br><br>        Respondent. | Case No. CV 13-7124 JVS (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Denying Motion for Stay and Abeyance and Summarily Dismissing Action Without Prejudice.

DATED: October 7, 2013

_____
Hon. James V. Selna
United States District Judge